

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

EX PARTE: MARCOS RAUL
ARREDONDO.

§

§

§

§

§

§

No. 08-11-00327-CR

Appeal from the

409th District Court

of El Paso County, Texas

(TC# 20050D04168-409-1)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the

judgment. We therefore affirm the judgment of the court below. This decision shall be certified

below for observance.

IT IS SO ORDERED THIS 27TH DAY OF DECEMBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.